## Boyd v. City Council of Montgomery.

APPEAL from Montgomery City Court.

Tried before the Hon. A. D. SAYRE.

GORDON MACDONALD, for appellant.

GRAHAM & STEINER, contra.

The material points in this case are the same as in the case of Boyd v. City Council of Montgomery, 117 Ala. 677. The judgment of conviction is affirmed on the authority of that case.—Boyd v. City Council of Montgomery, 117 Ala. 677.

Opinion by COLEMAN, J.